Siobhán McGreal, Esq. (SBN 282196)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
smcgreal@consumerlawfirm.com

*Attorneys for Plaintiff Aaron David Marks*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON DAVID MARKS**<br><br>**Plaintiff,**<br><br>v.<br><br>**SAFETY HOLDINGS, INC., d/b/a SAMBASAFETY,**<br><br>**Defendants.** | **CASE NO. 2:24-CV-01815-AC**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Aaron David Marks and Defendant Safety Holdings, Inc. d/b/a SambaSafety, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal of Defendant Safety Holdings, Inc. d/b/a SambaSafety **with prejudice**, with each party to bear their own attorney's fees, costs and expenses incurred.

---

1
STIPULATION AND ORDER OF DISMISSAL

Respectfully submitted,

| | |
|---|---|
| */s/ Siobhán McGreal* | /s/ *Ryan A. Lewis* |
| Siobhán McGreal, Esq. | Ryan A. Lewis |
| **Francis Mailman Soumilas P.C.** | **Troutman Pepper Locke LLP** |
| 1600 Market Street, Suite 2510 | Three Embarcadero Center |
| Philadelphia, PA 19103 | Ste 800 |
| Tel: (215) 735-8600 | San Francisco, CA 94111 |
| Fax: (215) 940-8000 | 415-477-5700 |
| smcgreal@consumerlawfirm.com | Email: ryan.lewis@troutman.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant Safety Holdings, Inc. d/b/a SambaSafety |

Dated: May 16, 2025

_____

**It is so ORDERED:**

Dated:  May 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE